### STATE v. DEXTER YATES.

(Filed 25 November, 1964.)

APPEAL by defendant from *Crissman, J.,* June Session 1964 of RANDOLPH.

The defendant was tried upon a bill of indictment charging him with breaking and entering, on 27 September 1963, the premises occupied by Nance Chevrolet Company, Inc., in Asheboro, North Carolina, and the larceny therefrom of $1,750.00 in checks and money, property of Nance Chevrolet Company, Inc.

Defendant entered a plea of not guilty, and from a verdict of guilty on both counts and judgment thereon, imposing successive active sentences, he appeals, assigning error.

*Attorney General Bruton, Asst. Attorney General Richard T. Sanders for the State.*

*Ferree, Anderson & Ogburn for defendant appellant.*

PER CURIAM. The State's evidence was sufficient to carry this case to the jury and to support the verdict rendered. Hence, the defendant's motion for judgment as of nonsuit was properly overruled.

Other assignments of error present no error sufficiently prejudicial to justify the granting of a new trial.

No error.